IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

RICHARD LEWIS,

      Appellant,

v.                                                        Case No. 5D21-2739
                                                          LT Case No. 2017-CF-1291

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed June 6, 2023

3.850 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Richard Lewis, Mayo, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.